## UNITED STATES BANKRUPTCY COURT
## IN THE WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

ALOFS MANUFACTURING, CO.,

Case No.: 96-87690

Chapter 11 – Filed: 10/30/1996

Debtor.

_____//

### SUCCESSOR TRUSTEE'S CHAPTER 11 REPORT

**NOW COMES** Thomas C. Richardson, Successor Trustee ("Trustee"), by and through his attorneys, CBH Attorneys & Counselors, PLLC, and for his Successor Trustee's Chapter 11 Report ("Report") says as follows:

1.     He is the duly appointed and acting Successor Trustee with respect to the above-captioned Chapter 7 proceeding, which was originally filed as a Chapter 11 proceeding on October 30, 1996 and converted to Chapter 7 on December 28, 2018.

2.     The previous Trustee in this matter, Thomas A. Bruinsma, is now deceased.

3.     Trustee, Bruinsma, previously made distribution to unsecured creditors, except those unsecured Creditors which, upon information, Trustee Bruinsma was unable to locate after diligent search.

4.     The Plan has been substantially consummated.

5.     All property of the estate has been marshaled.

6.     All known objections to claims have been resolved.

7.     All allowable Chapter 11 expenses have been paid, including all sums payable to the Clerk of the Court for fees.

8.     All adversary proceedings have been concluded.

9.     All quarterly fees due to the Office of the United States Trustee have been paid.

10.    Pursuant to Court Order, the records of the Debtor have been destroyed.

11.    The undersigned now acts as the Chapter 7 Trustee in this cause.

Respectfully submitted,

THOMAS C. RICHARDSON

Dated: ~~June~~ July ___, 2024

By: _____
Thomas C. Richardson, as Trustee in the
Matter of Alofs Manufacturing Co.

BUSINESS ADDRESS:
136 East Michigan Avenue, Suite 800
Kalamazoo, MI  49007
(269) 388-7600

Prepared by:
Steven L. Rayman (P30882)
CBH Attorneys & Counselors, PLLC
141 East Michigan Avenue, Suite 302
Kalamazoo, MI  49007
(269) 345-5156