**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:  ALOFS MANUFACTURING CO.              §    Case No. 96-87690
                                             §
                                             §
                                             §

                    Debtor(s)

---

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on 10/30/1996. The case was converted to one under Chapter 7 on 12/28/2018. The undersigned trustee was appointed on 05/06/2024.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of                  $            44,103.79

              Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 215.13 |
| Bank service fees | 3,748.80 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 40,139.86 |

The remaining funds are available for distribution.

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/24/2021 and the deadline for filing governmental claims was 06/26/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,160.38. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $0.00, for a total compensation of $0.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $32.11 for total expenses of $32.11[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/29/2025

By: /s/ Thomas C. Richardson

Trustee , Bar No.: 420390

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:**  96-87690

**Case Name:**   ALOFS MANUFACTURING CO.

**For Period Ending:**   05/29/2025

**Trustee Name:**   (420390) Thomas C. Richardson

**Date Filed (f) or Converted (c):**   12/28/2018 (c)

**§ 341(a) Meeting Date:**   02/19/2019

**Claims Bar Date:**   03/24/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 2 | Monies transfered to Chapter 7 Estate (u) | 0.00 | 0.00 | | 44,103.79 | 0.00 |
| 19 | L.B.O. Recoveries (u) | 0.00 | 0.00 | | 624,665.06 | FA |
| **2** | **Assets Totals (Excluding unknown values)** | **$0.00** | **$0.00** | | **$668,768.85** | **$0.00** |

**Major Activities Affecting Case Closing:**

5/29/25 - TFR submitted today; 5/12/25  finalizing tfr   2/27/25  emails w/ Dan Ebright re tfr   12/2024  work on tfr; several calls * emails w/ Dan Ebright re same   11/2024  working on tfr   7/17/24  niffr   7/10/24  Ch 11 Trustee's Report filed   6/21/24  Atty Rayman preparing Report

**Initial Projected Date Of Final Report (TFR):**  10/01/2024

**Current Projected Date Of Final Report (TFR):**   05/29/2025 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

**Exhibit B**

Page: 1

| Case No.: | 96-87690 | Trustee Name: | Thomas C. Richardson (420390) |
|---|---|---|---|
| Case Name: | ALOFS MANUFACTURING CO. | Bank Name: | Rabobank |
| Taxpayer ID #: | **-***1991 | Account #: | ******3467 MONEY MARKET |
| For Period Ending: | 05/29/2025 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

(No transactions on file for this period)

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

*{ } Asset Reference(s)*     UST Form 101-7-TFR (5/1/2011)     *! - transaction has not been cleared*

# Form 2

Exhibit B

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 96-87690 | Trustee Name: | Thomas C. Richardson (420390) |
|---|---|---|---|
| Case Name: | ALOFS MANUFACTURING CO. | Bank Name: | Rabobank |
| Taxpayer ID #: | **-***1991 | Account #: | ******3466 GENERAL ACCT-CHKNG |
| For Period Ending: | 05/29/2025 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/27/18 | {2} | Case Conversion | Transactions between 1996 and 12/27/2018 in a Subchapter V case set. | 1290-000 | 44,103.79 | | 44,103.79 |
| 01/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.35 | 44,066.44 |
| 02/28/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.71 | 44,032.73 |
| 03/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.19 | 43,997.54 |
| 04/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.32 | 43,927.22 |
| 05/29/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.86 | 43,859.36 |
| 06/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.77 | 43,784.59 |
| 07/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.31 | 43,712.28 |
| 08/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.53 | 43,644.75 |
| 10/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.75 | 43,575.00 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 67.32 | 43,507.68 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 76.50 | 43,431.18 |
| 01/11/21 | | To Account #******3468 | Close Out Chapter 11 to Chapter 7 | 9999-000 | | 43,431.18 | 0.00 |

| | | | COLUMN TOTALS | | 44,103.79 | 44,103.79 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers/CDs | | 0.00 | 43,431.18 | |
| | | | Subtotal | | 44,103.79 | 672.61 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $44,103.79 | $672.61 | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 3

| Case No.: | 96-87690 | | Trustee Name: | Thomas C. Richardson (420390) |
|---|---|---|---|---|
| Case Name: | ALOFS MANUFACTURING CO. | | Bank Name: | Rabobank |
| Taxpayer ID #: | **-***1991 | | Account #: | ******3468 Chapter 7 checking acct |
| For Period Ending: | 05/29/2025 | | Blanket Bond (per case limit): | $2,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/11/21 | | From Account #******3466 | Close Out Chapter 11 to Chapter 7 | 9999-000 | 43,431.18 | | 43,431.18 |
| 01/29/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 67.27 | 43,363.91 |
| 02/26/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 64.86 | 43,299.05 |
| 03/31/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 76.33 | 43,222.72 |
| 04/30/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 69.27 | 43,153.45 |
| 05/28/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 64.55 | 43,088.90 |
| 06/03/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 43,088.90 | 0.00 |

|  | COLUMN TOTALS | | | | 43,431.18 | 43,431.18 | $0.00 |
|---|---|---|---|---|---|---|---|
| | Less: Bank Transfers/CDs | | | | 43,431.18 | 43,088.90 | |
| | Subtotal | | | | 0.00 | 342.28 | |
| | Less: Payments to Debtors | | | | | 0.00 | |
| | NET Receipts / Disbursements | | | | $0.00 | $342.28 | |

{ } Asset Reference(s)      UST Form 101-7-TFR (5/1/2011)                                          ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

**Exhibit B**

Page: 4

| Case No.: | 96-87690 | Trustee Name: | Thomas C. Richardson (420390) |
|---|---|---|---|
| Case Name: | ALOFS MANUFACTURING CO. | Bank Name: | TriState Capital Bank (historical) |
| Taxpayer ID #: | **-***1991 | Account #: | ******4995 Chapter 7 checking acct |
| For Period Ending: | 05/29/2025 | Blanket Bond (per case limit): | $2,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/03/21 | | Transfer Credit | Transition Transfer Credit from Mechanics Bank | 9999-000 | 43,088.90 | | 43,088.90 |
| 06/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 75.96 | 43,012.94 |
| 07/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 68.93 | 42,944.01 |
| 08/31/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 73.41 | 42,870.60 |
| 09/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 68.70 | 42,801.90 |
| 10/29/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 66.31 | 42,735.59 |
| 11/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 73.05 | 42,662.54 |
| 12/31/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 70.65 | 42,591.89 |
| 01/31/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 65.98 | 42,525.91 |
| 02/28/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 63.62 | 42,462.29 |
| 03/31/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 74.86 | 42,387.43 |
| 04/29/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 65.67 | 42,321.76 |
| 05/31/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 65.56 | 42,256.20 |
| 06/30/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 74.50 | 42,181.70 |
| 07/29/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 65.35 | 42,116.35 |
| 08/31/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 74.25 | 42,042.10 |
| 09/30/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 67.38 | 41,974.72 |
| 10/31/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 65.02 | 41,909.70 |
| 11/30/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 71.65 | 41,838.05 |
| 12/30/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 67.05 | 41,771.00 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 71.41 | 41,699.59 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 62.37 | 41,637.22 |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 68.95 | 41,568.27 |
| 04/28/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 62.17 | 41,506.10 |
| 05/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 73.17 | 41,432.93 |
| 06/30/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 66.40 | 41,366.53 |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 64.08 | 41,302.45 |

Page Subtotals:      $43,088.90      $1,786.45

# Form 2

## Cash Receipts And Disbursements Record

**Exhibit B**

Page: 5

| Case No.: | 96-87690 | | Trustee Name: | Thomas C. Richardson (420390) |
|---|---|---|---|---|
| Case Name: | ALOFS MANUFACTURING CO. | | Bank Name: | TriState Capital Bank (historical) |
| Taxpayer ID #: | **-***1991 | | Account #: | ******4995 Chapter 7 checking acct |
| For Period Ending: | 05/29/2025 | | Blanket Bond (per case limit): | $2,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 72.82 | 41,229.63 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 63.87 | 41,165.76 |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 70.37 | 41,095.39 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 65.86 | 41,029.53 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 63.56 | 40,965.97 |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 72.04 | 40,893.93 |
| 02/29/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 63.18 | 40,830.75 |
| 03/29/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 63.08 | 40,767.67 |
| 04/30/24 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 69.50 | 40,698.17 |
| 05/16/24 | | Estate of Alofs Manufacturing Co. | successor transfer debit to Thomas Richardson | 9999-000 | -40,698.17 | | 0.00 |
| | | **COLUMN TOTALS** | | | 2,390.73 | 2,390.73 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 2,390.73 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 2,390.73 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $0.00 | $2,390.73 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

## Form 2
## Cash Receipts And Disbursements Record

**Exhibit B**

Page: 6

| | | |
|---|---|---|
| **Case No.:** | 96-87690 | |
| **Case Name:** | ALOFS MANUFACTURING CO. | |
| **Taxpayer ID #:** | **-***1991 | |
| **For Period Ending:** | 05/29/2025 | |

| | |
|---|---|
| **Trustee Name:** | Thomas C. Richardson (420390) |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******6948 Checking |
| **Blanket Bond (per case limit):** | $2,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/16/24 | | Estate of Alofs Manufacturing Co. | Successor transfer Credit from Thomas Bruinsma | 9999-000 | 40,698.17 | | 40,698.17 |
| 05/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 32.52 | 40,665.65 |
| 06/28/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 60.66 | 40,604.99 |
| 07/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 25.00 | 40,579.99 |
| 08/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 25.00 | 40,554.99 |
| 09/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 25.00 | 40,529.99 |
| 10/09/24 | 101 | LEWIS, REED & ALLEN, P.C. | Cost to move files from Former Trustee to Current Trustee | 2420-000 | | 215.13 | 40,314.86 |
| 10/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 25.00 | 40,289.86 |
| 11/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 25.00 | 40,264.86 |
| 12/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 25.00 | 40,239.86 |
| 01/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 25.00 | 40,214.86 |
| 02/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 25.00 | 40,189.86 |
| 03/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 25.00 | 40,164.86 |
| 04/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 25.00 | 40,139.86 |

| | Deposit | Disbursement | Account Balance |
|---|---|---|---|
| **COLUMN TOTALS** | 40,698.17 | 558.31 | $40,139.86 |
| Less: Bank Transfers/CDs | 40,698.17 | 0.00 | |
| **Subtotal** | 0.00 | 558.31 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $558.31 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                                  ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page:   7

| | | | |
|---|---|---|---|
| **Case No.:** | 96-87690 | **Trustee Name:** | Thomas C. Richardson (420390) |
| **Case Name:** | ALOFS MANUFACTURING CO. | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***1991 | **Account #:** | ******6948 Checking |
| **For Period Ending:** 05/29/2025 | | **Blanket Bond (per case limit):** | $2,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $44,103.79 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $44,103.79 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3467 MONEY MARKET | $0.00 | $0.00 | $0.00 |
| ******3466 GENERAL ACCT-CHKNG | $44,103.79 | $672.61 | $0.00 |
| ******3468 Chapter 7 checking acct | $0.00 | $342.28 | $0.00 |
| ******4995 Chapter 7 checking acct | $0.00 | $2,390.73 | $0.00 |
| ******6948 Checking | $0.00 | $558.31 | $40,139.86 |
| | **$44,103.79** | **$3,963.93** | **$40,139.86** |

**UST Form 101-7-TFR (5/1/2011)**

Printed:   05/29/2025 1:24 PM

Page:  1

## Exhibit C

## Claims Proposed Distribution Register

### Case: 96-87690 ALOFS MANUFACTURING CO.

**Case Balance:**   $40,139.86          **Total Proposed Payment:**   $40,139.86          **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| COURT | U.S. BANKRUPTCY COURT | Unsecured | $40,107.75 | $40,107.75 | $0.00 | $40,107.75 | $40,107.75 | $32.11 |
| | LEWIS, REED & ALLEN, P.C. | Admin Ch. 7 | $215.13 | $215.13 | $215.13 | $0.00 | $0.00 | $32.11 |
| | <2420-00 Costs to Secure/Maintain Property> | | | | | | | |
| | THOMAS BRUINSMA, TRUSTEE | Admin Ch. 7 | $0.00 | $78,199.96 | $78,199.96 | $0.00 | $0.00 | $32.11 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Thomas C. Richardson | Admin Ch. 7 | $5,160.38 | $5,160.38 | $0.00 | $5,160.38 | $0.00 | $32.11 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Thomas C. Richardson | Admin Ch. 7 | $32.11 | $32.11 | $0.00 | $32.11 | $32.11 | $0.00 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| **Total for Case:** | **96-87690** | | $45,515.37 | $123,715.33 | $78,415.09 | $45,300.24 | $40,139.86 | |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 96-87690
Case Name:  ALOFS MANUFACTURING CO.
Trustee Name: Thomas C. Richardson

| | | **Balance on hand:** | $ | 40,139.86 |
|---|---|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 40,139.86 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Thomas C. Richardson | 5,160.38 | 0.00 | 0.00 |
| Trustee, Expenses - Thomas C. Richardson | 32.11 | 0.00 | 32.11 |
| Trustee, Fees - THOMAS BRUINSMA, TRUSTEE | 78,199.96 | 78,199.96 | 0.00 |
| Costs to Secure/Maintain Property - LEWIS, REED & ALLEN, P.C. | 215.13 | 215.13 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses: | $ | 32.11 |
| Remaining balance: | $ | 40,107.75 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 40,107.75 |

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 40,107.75

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).
Timely claims of general (unsecured) creditors totaling $40,107.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| COURT | U.S. BANKRUPTCY COURT | 40,107.75 | 0.00 | 40,107.75 |

Total to be paid for timely general unsecured claims: $ 40,107.75
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $   0.00
Remaining balance:  $   0.00

**UST Form 101-7-TFR(5/1/2011)**